IT IS ORDERED by the court that the motions are granted.

RESNICK, J., dissents.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006-0559.   State ex rel. Basile v. Dublin Suites, Inc.**
Franklin App. No. 05AP–464, 2006-Ohio-1029.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2006-0052.   State ex rel. Poneris v. Indus. Comm.**
Franklin App. No. 05AP–111, 2005-Ohio-6208.

**2006-0569.   State ex rel. Kelsey–Hayes Co. v. Heinlen.**
Franklin App. No. 05AP–360, 2006-Ohio-428.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### April 18, 2006

[Cite as *04/18/2006 Case Announcements*, 2006-Ohio-1892.]

## MOTION AND PROCEDURAL RULINGS

**2005-0945.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 03–2341–EL–ATA, 03–2405–EL–CSS, and 04–85–EL–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of appellant's motion to consolidate this case with 2006–0646, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 05–792–EL–ATA, for purposes of oral argument and opinion,

IT IS ORDERED by the court that the motion is denied.

**2005-1621.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 04–1931–EL–AAM. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of appellant's motion to consolidate 2005–1621, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1931–EL–AAM, 2005–1679, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1645–EL–AAM, 2006–0536, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 05–844–EL–ATA, and 2006–0600, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1932–EL–ATA,

IT IS ORDERED by the court that the motion is denied.

**2005-1679.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 04–1645–EL–AAM. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of appellant's motion to consolidate 2005–1621, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1931–EL–AAM, 2005–1679, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1645–EL–AAM, 2006–0536, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 05–844–EL–ATA, and 2006–0600, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1932–EL–ATA,

IT IS ORDERED by the court that the motion is denied.

**2006-0536.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–844–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of appellant's motion to consolidate 2005–1621, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1931–